CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 11 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

Terry D Compston
15276 Fields Ln
Abingdon VA 24210

United States District Court
For The
Western District of Virginia

2-4-2019

Chief Complaint

Plaintiff, Terry Dewayne Compton seeks relief from Defendant Mark Holcomb Commissioner for the Virginia Department of Motor Vehicle. for Drivers License Suspension

Plaintiff offers the following for grounds of injunction

1) Plaintiff has on numerous occasions had His license suspended for fine's He is unable to pay.
2) Plaintiff Question's the Constitutionality of the suspension because of the fact that the fine's are non-motor vehicle related.
3) Plaintiff has suffered many hardships, namely being able to travel back and forth to Dr's appointments.
4) Plaintiff has a heart Condition, diabetes, and hypothyroid ism which requires Dr visit's often for which He must travel to, and
5) Plaintiff is receiving fixed income which falls way below federal poverty guidelines.